## OPINIONS PER CURIAM, ETC., FROM OCTOBER 31, 1899 TO JUNE 8, 1903.

No. 6. SUCCESSION OF TOSSAS *v.* ALVARADO HERMANOS ET AL.—Appeal in cassation from a judgment rendered by the first section of the Supreme Court. Decided October 31, 1899. It was held that the appeal could not be allowed, because three lawyers were of the opinion that the same did not lie, the Fiscal having returned the record, entering a note to the effect that the same had been *heard,* without taking an appeal. *Mr. Manuel F. Rossy,* for appellant; *Mr. Cuevillas,* for respondent.

No. 7. ROSES & CO. *v.* MARISTANI.—Appeal in cassation from the judgment rendered by the first section of the District Court of Arecibo. Decided November 22, 1899. Withdrawn by agreement of the parties. *Mr. Diaz Navarro,* attorney for appellants. *Mr. Francisco de P. Acuña,* for respondent.

No. 6. BAYRON *v.* FERNÁNDEZ & Co.—Appeal in cassation from a judgment rendered by the District Court of Mayagüez. Decided August 7, 1900. Withdrawn by request of appellants. *Mr. Cuevillas,* for appellants. *Mr. Diaz Navarro,* for respondents.